1  MICHAEL A. SWEET (SBN 184345)
   msweet@foxrothschild.com
2  JACK PRAETZELLIS (SBN 267765)
   jpraetzellis@foxrothschild.com
3  **FOX ROTHSCHILD LLP**
   345 California Street, Suite 2200
4  San Francisco, California 94104
   Telephone:    (415) 364-5540
5  Facsimile:    (415) 391-4436

6  Attorneys for Appellants Shareholders
   Tim O'Donnell, Liliana Amatore and
7  Robert Grgas

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SHAREHOLDERS TIM O'DONNELL, LILIANA AMATORE, AND ROBERT GRGAS,<br><br>Appellants,<br><br>vs.<br><br>IN RE ATI LIQUIDATING, INC., et al.<br><br>Appellees. | Case No. 16-cv-00850-EJD<br><br>**ORDER RE STIPULATED REQUEST FOR DISMISSAL OF APPEAL** |
| In re:<br><br>   ATI LIQUIDATING, INC.,<br>   formerly known as<br>   Aviza Technology, Inc.,<br>   Employer's Tax ID No. 20-1979646<br><br>   AI LIQUIDATING, INC.,<br>   formerly known as Aviza, Inc.,<br>   Employer's Tax ID No. 20-0249205<br><br>   TTI LIQUIDATING, INC.,<br>   formerly known as<br>   Trikon Technologies, Inc.,<br>   Employer's Tax ID No. 95-4054321<br><br>         Reorganized Debtor(s).<br><br>   440 Kings Village Road<br>   Scotts Valley, CA 95066 | Cases Substantively Consolidated:<br><br>CASE NO. 09-54511-SLJ-11<br><br><br><br>CASE NO. 09-54514-SLJ-11<br><br><br><br>CASE NO. 09-54515-SLJ-11 |

GOOD CAUSE APPEARING and pursuant to the stipulation of the parties,

IT IS SO ORDERED THAT the above-captioned appeal is hereby dismissed. The Clerk shall close this file.

Dated: June 6, 2016

_____
EDWARD J. DAVILA,
United States District Court Judge

-2-

40697646v1 152164/00001